# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILTON JACK,<br><br>                Plaintiff,<br>v.<br><br>GOLDEN FIRST MORTGAGE CORP., *et al.*,<br><br>                Defendants. | Civil Action No.: 07-CV-3088 (NGG) (RML)<br><br>**STIPULATION OF DISMISSAL OF ACTION AGAINST DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff Tilton Jack and defendants Golden First Mortgage Corporation, Michael Goltche, Mortgage Electronic Registration Systems, Inc., Citibank, N.A., and Deutsche Bank National Trust Company that, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed, without prejudice, against defendant Deutsche Bank National Trust Company. It is the understanding and intent of all parties that this dismissal includes all claims, cross-claims, and third-party claims involving defendant Deutsche Bank National Trust Company.

Dated: May 27, 2008

| | |
|---|---|
| SOUTH BROOKLYN LEGAL SERVICES | WESTERMAN BALL EDERER MILLER SHARFSTEIN LLP |
| s/ Jennifer Sinton<br>Jennifer Sinton, Esq. (JS-1820)<br>Navid Vazire, Esq. (NV-1215)<br>Jessica Attie, Esq. (JA-1817)<br>105 Court Street, Third Floor<br>Brooklyn, New York 11201<br><br>*Attorneys for Plaintiff Tilton Jack* | s/ Richard F. Harrison<br>Richard F. Harrison, Esq. (RH-8236)<br>170 Old Country Road, Suite 400<br>Mineola, New York 11501<br><br>*Attorneys for Golden First Mortgage Corp.* |

| | |
|---|---|
| CENTER FOR RESPONSIBLE LENDING | LAW OFFICES OF MATIN EMOUNA |
| s/ Eric Halperin<br>Melissa Briggs, Esq. (*pro hac vice*)<br>Eric Halperin, Esq. (*pro hac vice*)<br>910 17th Street, Suite 500<br>Washington, DC 20006<br><br>*Attorneys for Plaintiff Tilton Jack* | s/ Matin Emouna<br>Matin Emouna, Esq. (ME-3933)<br>110 Old Country Road, Suite 3<br>Mineola, New York 11501<br><br>*Attorneys for Defendant Michael Goltche* |
| WEINER BRODSKY SIDMAN KIDER PC | HISCOCK & BARCLAY LLP |
| s/ David M. Souders<br>David M. Souders, Esq. (*pro hac vice*)<br>1300 19th Street, NW, Fifth Floor<br>Washington, DC 20036<br>(202) 628-2000<br><br>Marianne McCarthy, Esq. (MM-8807)<br>James G. Ryan, Esq. (JR-9446)<br>CULLEN AND DYKMAN LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>(516) 357-3700<br><br>*Attorneys for Defendant CitiBank, N.A., and Deutsche Bank National Trust Company* | s/ Jessica M. Baker<br>Jessica M. Baker, Esq. (JB-6643)<br>1100 M&T Center<br>Three Fountain Plaza<br>Buffalo, New York 14203<br><br>*Attorneys for Mortgage Electronic Registration Systems, Inc.* |

So ordered.
s/Hon. Nicholas G. Garaufis
6/13/08