# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILTON JACK,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GOLDEN FIRST MORTGAGE CORP., MICHAEL GOLTCHE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and CITIBANK, N.A.,<br><br>　　　　　　　Defendants. | Civil Action No.: 07-CV-3088 (NGG) (RML)<br><br>**STIPULATION OF<br>DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and that all representatives of all corporate parties appearing herein have appeared with the full authority, knowledge and consent of the respective corporations, the above-entitled action is hereby discontinued with prejudice, without cost to either party as against the other except as to those terms set forth in the Settlement Agreement entered upon this record before the Honorable Robert M. Levy on February 4, 2009.

Dated: Brooklyn, New York
　　　　May 11, 2009

SOUTH BROOKLYN LEGAL SERVICES　　　WESTERMAN BALL EDERER MILLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　& SHARFSTEIN, LLP

/s/ Jennifer Sinton　　　　　　　　　　　　　　/s/ Richard F. Harrison, Esq.

| | |
|---|---|
| Jennifer Sinton, Esq.<br>105 Court Street, 3rd Floor<br>Brooklyn, NY 11201<br>(718) 237-5500<br>*Attorneys for Plaintiff Tilton Jack* | Richard F. Harrison, Esq.<br>170 Old Country Road, Suite 400<br>Mineola, NY 11501<br>(516) 622-9200<br>*Attorneys for Defendant Golden First Mortgage Corp.* |
| LAW OFFICES OF MATIN EMOUNA | WEINER BRODSKY SIDMAN KIDER PC |
| /s/ Matin Emouna<br>Matin Emouna, Esq.<br>110 Old Country Rd., Suite 3<br>Mineola, NY 11501<br>(516) 877-9111<br>*Attorney for Defendant Michael Goltche* | /s/ David M. Souders, Esq.<br>David M. Souders, Esq.<br>1300 19th Street, N.W., 5th Floor<br>Washington, DC 20036<br>(202) 628-2000<br>*Attorneys for Defendants Citibank, N.A. and Mortgage Electronic Registration Systems, Inc.* |